ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO Casualty Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY ERNEST WALKER, SR. individually;<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY a Maryland company; DOES I-X; and ROE CORPORATIONS, I – X, inclusive;<br><br>Defendants. | CASE NO.: 2:15-cv-00215-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff TIMOTHY ERNEST WALKER, SR. ("Plaintiff"), by and through his counsel, Glen Lerner Injury Attorneys, and Defendant GEICO CASUALTY COMPANY ("Defendant") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that the Second, Third, Fourth and Fifth Causes of Action of Plaintiff's Complaint against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

4821-3382-4034.1

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's prayer for exemplary and punitive damages shall also be dismissed with prejudice.

DATED this 5th day of March, 2015.                DATED this 5th day of March, 2015.

GLEN LERNER INJURY ATTORNEYS          LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Justin G. Randall                                              /s/ Danielle C. Miller

By_____          By_____
JUSTIN G. RANDALL, ESQ.                                ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 012476                                     Nevada Bar No. 003062
4795 S. Durango Drive                                         DANIELLE C. MILLER, ESQ.
Las Vegas, Nevada 89147                                   Nevada Bar No. 009127
*Attorneys for Plaintiff*                                          6385 S. Rainbow Boulevard, Suite 600
                                                                              Las Vegas, Nevada 89118
                                                                              *Attorneys for Defendant GEICO Casualty Company*

## ORDER

IT IS SO ORDERED.

DATED this __6th__ day of __March__, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Danielle C. Miller

By _____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO Casualty Company*