ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO Casualty Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY ERNEST WALKER, SR. individually;<br><br>         Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY a Maryland company; DOES I-X; and ROE CORPORATIONS, I – X, inclusive;<br><br>         Defendants. | CASE NO.: 2:15-cv-00215-APG-VCF<br><br>**STIPULATION AND ORDER FOR PRIVATE BINDING ARBITRATION AND TO STAY COURT PROCEEDINGS** |

Plaintiff TIMOTHY ERNEST WALKER, SR. ("Plaintiff') and Defendant GEICO CASUALTY COMPANY ("Defendant")(collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate as follows:

1.   Plaintiff and Defendant have previously entered into a Stipulation and Order To Dismiss with Prejudice the Second, Third, Fourth and Fifth Causes of Action of Plaintiff's Complaint, as well as Plaintiff's claims for punitive and exemplary damages.

2.   Plaintiff's First Cause of Action for Breach of Contract, which is the only remaining cause of action, shall be resolved through binding arbitration in accordance with the terms of an Arbitration Agreement entered into by the parties.

/ / /

4816-8038-0450.1

3. The Arbitration shall be conducted at a time, date and location that is agreeable to the Parties and the Arbitrator.

4. Pending the completion of the arbitration hearing, this matter shall be stayed.

5. The Parties expressly waive any right to trial by a judge or jury.

6. The Parties expressly waive any right to appeal from the Arbitrator's award or any order made by the Arbitrator.

7. The award of the Arbitrator shall constitute a final determination of the First Cause of action contained in Plaintiff's Complaint (i.e., Plaintiff's claim for underinsured motorist benefits under the GEICO policy);

8. Pursuant to the terms of the Arbitration Agreement, the Parties will, upon the execution of the Binding Arbitration Agreement, stipulate to dismissal of this action, with prejudice, reserving the right to this Court the authority to enforce the Agreement.

9. Pursuant to the terms of the Arbitration Agreement, the Arbitrator cannot award costs, interest, or attorneys' fees and the parties will bear their own attorneys' fees and costs.

10. The Arbitrator's fees shall be borne equally by the Parties as a non-recoverable item of costs.

DATED this 5th day of March, 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ *Danielle C. Miller*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
*Attorneys for Defendant GEICO Casualty Company*

DATED this 5th day of March, 2015.

GLEN LERNER INJURY ATTORNEYS

By /s/ *Justin G. Randall*
JUSTIN G. RANDALL, ESQ.
Nevada Bar No. 012476
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

DATED this 6th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ *Danielle C. Miller*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO Casualty Company*

4816-8038-0450.1                              3