ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*GEICO Casualty Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY ERNEST WALKER, SR. individually;<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY a Maryland company; DOES I-X; and ROE CORPORATIONS, I – X, inclusive;<br><br>Defendants. | CASE NO.: 2:15-cv-00215-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff TIMOTHY ERNEST WALKER, SR. ("Plaintiff"), by and through his counsel, Glen Lerner Injury Attorneys, and Defendant GEICO CASUALTY COMPANY ("Defendant") by and through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that the First Cause of Action of Plaintiff's Complaint (Plaintiff's only remaining cause of action) against GEICO in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

4847-1191-8372.1

IT IS FURTHER STIPULATED AND AGREED that Plaintiff's prayer for exemplary and punitive damages shall also be dismissed with prejudice.

DATED this 26th day of June, 2015.   DATED this 26th day of June, 2015.

GLEN LERNER INJURY ATTORNEYS   LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Justin G. Randall
JUSTIN G. RANDALL, ESQ.
Nevada Bar No. 012476
4795 S. Durango Drive
Las Vegas, Nevada 89147
*Attorneys for Plaintiff*

By /s/ Danielle C. Miller
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO Casualty Company*

## ORDER

IT IS SO ORDERED.

DATED this 1st day of July, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Danielle C. Miller
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant GEICO Casualty Company*